```
DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHI THI NGUYEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHI THI NGUYEN,<br><br>    Defendant. | NO. Cr-S-06-369 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br><br>Date: February 5, 2007<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

CHI THI NGUYEN, by and through her counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of December, 20, 2006 and set a new Status Conference date of February 5, 2007 at 8:30 a.m..

The government previously sent discovery to an attorney in the Office of the Federal Defender who was preparing to represent the defendant when she was facing potential misdemeanor charges only. The government then filed felony charges against the defendant, causing the case to be transferred to the undersigned.  The undersigned therefore

1  just received discovery from the predecessor attorney and needs time to
2  read it and to review it with the defendant.
3      Moreover, the defendant is a legal permanent resident of the
4  United States.  As such, she faces potential immigration consequences
5  if she were to be convicted in this fraud case. Undersigned counsel
6  needs additional time to research possible immigration consequences and
7  discuss them with Ms. Nguyen.
8      IT IS STIPULATED between the parties that the time period between
9  the signing of this Order up to and including February 5, 2007, be
10 excluded in computing the time within which trial must commence under
11 the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
12 Local Code T4, for ongoing preparation of counsel. The government fully
13 concurs with this request.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
CHI THI NGUYEN

Dated: December 20, 2006

MCGREGOR SCOTT
United States Attorney


/s/ Laura Ferris
_____
LAURA FERRIS
Assistant U.S. Attorney

2

**ORDER**

**IT IS SO ORDERED.**

Dated:   December 19, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and order\Chi Nguyen (Cr-S-06-369)

3