```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  CHI THI NGUYEN

 8
```

9           IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13
    UNITED STATES OF AMERICA,    )  No. CR-S-06-369 WBS
14                               )
                Plaintiff,       )
15                               )  STIPULATION AND ORDER TO CONTINUE
          v.                     )  STATUS CONFERENCE
16                               )
    CHI THI NGUYEN,              )
17                               )  Date:  March 5, 2007
                Defendant.       )  Time:  8:30 a.m.
18                               )  Judge: Hon. William B. Shubb
    _____)
19

20       It is hereby stipulated between the parties, Laura Ferris,

21  Assistant United States Attorney, attorney for Plaintiff, and Caro

22  Marks, attorney for defendant Chi Nguyen, as follows:

23       The Status Conference date of February 5, 2007, should be

24  continued until March 5, 2007. The reason for the continuance is to

25  allow the defense to complete research on a resolution of Ms. Nguyen's

26  case that would not result in her deportation.  This will require

27  additional time to ascertain a "non-reportable" offense.

28       The parties stipulate and agree that time within which the trial

1  of this matter must be commenced under the Speedy Trial Act should be
2  excluded from the date of the signing of this Order up to and including
3  March 5, 2007, pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local
4  Code T-4, to allow defense counsel reasonable time to prepare,
5  specifically, to allow defense counsel additional time to investigate
6  settlement via a non-deportable felony or misdemeanor.
7  Dated: February 2, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
CHI NGUYEN

Dated: February 2, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Laura Ferris

Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that Status Conference presently set for February 5, 2007, be continued to March 5, 2007, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the parties' stipulation to, and including, the March 5, 2007 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:   February 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE