```
DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHI THI NGUYEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr-S-06-369 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | |
| CHI THI NGUYEN, ) | Date:  March 12, 2007 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: William B. Shubb |
| _____ ) | |

CHI THI NGUYEN, by and through her counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of March 5, 2007 and set a new Status Conference date of March 12, 2007 at 8:30 a.m..

The government and defense need an additional week to meet personally and review documents in their possession which pertain to resolution of this case. Specifically, the defense seeks a resolution of the case which will not result in the deportation of the defendant. Each party is in possession of certain documents which bear on the

1  possibility of resolving the case without deportation consequences,
2  and the parties request one additional week to provide the documents to
3  one another and meet personally to discuss them.
4      IT IS STIPULATED between the parties that the time period between
5  the signing of this Order up to and including March 12, 2007, be
6  excluded in computing the time within which trial must commence under
7  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
8  Local Code T4, for ongoing preparation of counsel.

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CHI THI NGUYEN

Dated: February 28, 2007
                                        MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ Laura Ferris
                                        _____
                                        LAURA FERRIS
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: February 27, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and order\Chi Nguyen (Cr-S-06-369)

2