```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CHI THI NGUYEN
 6

 7

 8                    IN THE UNITED STATES DISTRICT COURT

 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  NO. Cr-S-06-369 WBS
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND [PROPOSED] ORDER
13       v.                        )
                                   )
14  CHI THI NGUYEN,                )  Date:  March 19, 2007
                                   )  Time:  8:30 a.m.
15              Defendant.         )  Judge: William B. Shubb
                                   )
16  _____  )

17
```

18       CHI THI NGUYEN, by and through her counsel, Caro Marks, Assistant
19  Federal Defender, and the United States Government, by and through its
20  counsel, Laura Ferris, Assistant United States Attorney, hereby
21  stipulate and agree to vacate the previously scheduled Status
22  Conference date of March 12, 2007 and set a new Status Conference/COP
23  date of March 19, 2007 at 8:30 a.m..
24       The government and defense have met to explore a resolution of
25  this case which would not result in deportation. It appears such a
26  resolution is not forthcoming. Defendant is expected to enter a guilty
27  plea to the charge at the next status conference. Defense counsel needs
28  additional time to meet with the defendant and review the plea

1 agreement as well as discuss likely deportation consequences.

2     IT IS STIPULATED between the parties that the time period between
3 the signing of this Order up to and including March 19, 2007, be
4 excluded in computing the time within which trial must commence under
5 the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
6 Local Code T4, for ongoing preparation of counsel.

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CHI THI NGUYEN

Dated: March 8, 2007

                                    MCGREGOR SCOTT
                                    United States Attorney

                                    /s/ Laura Ferris
                                    _____
                                    LAURA FERRIS
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: March 7, 2007

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

Stip and order\Chi Nguyen (Cr-S-06-369)

3