DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHI THI NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Cr-S-06-369 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) |
| CHI THI NGUYEN, | ) Date: March 26, 2007 |
| | ) Time: 8:30 a.m. |
| Defendant. | ) Judge: William B. Shubb |
| _____ | ) |

CHI THI NGUYEN, by and through her counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of March 19, 2007 and set a new Status Conference/COP date of March 26, 2007 at 8:30 a.m..

The government and defense have met to explore a resolution of this case which would not result in deportation. It appears such a resolution is not forthcoming. Defendant is expected to enter a guilty plea to the charge at the next status conference. Defense counsel needs additional time to meet with the defendant and review the plea

1 | agreement as well as discuss likely deportation consequences.

2 |     IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including March 26, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
CHI THI NGUYEN

Dated: March 21, 2007

MCGREGOR SCOTT
United States Attorney


/s/ Laura Ferris
_____
LAURA FERRIS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 20, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and order\Chi Nguyen (Cr-S-06-369)

2