```
DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHI THI NGUYEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHI THI NGUYEN,<br><br>        Defendant.<br>_____ | NO. Cr-S-06-369 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br><br>Date: April 9, 2007<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

    CHI THI NGUYEN, by and through her counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of March 26, 2007 and set a new Status Conference/COP date of April 9, 2007 at 8:30 a.m..

    The defense needs additional time to research a just-discovered specific section of the immigration code (Title 8) which might avoid deportation of the defendant after a guilty plea provided she meets certain criteria (e.g., U.S. born children, hardship, etc.).  In addition, the defense has made a counter-offer to the government

1  involving the immediate payment of full restitution. The parties
2  request additional time to complete these tasks.
3      This case presents unique problems in that 1) the defendant is a
4  legal permanent resident of the U.S., not a citizen; 2) the charged
5  crime is one of "moral turpitude", potentially resulting the
6  defendant's deportation upon a guilty plea; 3) the defendant is the
7  single mother of four young U.S.-citizen children, and her deportation
8  and removal from them would result in permanent hardship and trauma for
9  the family. Thus, the defense continues to seek a settlement which
10 would not necessarily result in deportation.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including April 9, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
CHI THI NGUYEN

Dated: March 27, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Laura Ferris
_____
LAURA FERRIS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 23, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and order\Chi Nguyen (Cr-S-06-369)

3