DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHI THI NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHI THI NGUYEN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. Cr-S-06-369 WBS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER <br><br> Date: **April 23, 2007** <br> Time:  8:30 a.m. <br> Judge: William B. Shubb |

CHI THI NGUYEN, by and through her counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of April 9, 2007 and set a new Status Conference/control date of **April 23, 2007** at 8:30 a.m..

The defense and government have agreed to resolve this case with a plea to a misdemeanor, in return for which the defendant agrees to pay the restitution owed by April 13, 2007. The change of plea is tentatively scheduled for April 13, 2007 in the magistrate's court. In the upcoming week, the parties need time to draft a plea agreement and

review it with the defendant. The defendant needs time to present the restitution to the Social Security Administration.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including **April 23 2007,** be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

If the defendant enters her guilty plea as anticipated on April 13, 2007, the undersigned will vacate the April 23 Status Conference.

Dated:  March 29, 2007           Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender


                                 /s/ Caro Marks
                                 _____
                                 CARO MARKS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 CHI THI NGUYEN

Dated: April 2, 2007

                                 MCGREGOR SCOTT
                                 United States Attorney


                                 /s/ Laura Ferris
                                 _____
                                 LAURA FERRIS
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  April 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2