```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | MATTHEW C. STEGMAN
   | Assistant U.S. Attorney
 3 | KARI L. RICCI
   | Certified Law Clerk, Misdemeanor Unit
 4 | 501 "I" Street, Suite 10-100
   | Sacramento, CA 95814
 5 | Telephone: (916) 554-2810
 6 |
 7 |           IN THE UNITED DISTRICT COURT FOR THE
 8 |              EASTERN DISTRICT OF CALIFORNIA
 9 |
10 | UNITED STATES OF AMERICA,   )   Cr. No. S-06-369 WBS
                                )
11 |          Plaintiff,         )   GOVERNMENT'S MOTION TO DISMISS
                                )   INDICTMENT AND [PROPOSED] ORDER
12 |      v.                    )
                                )
13 | CHI THI NGUYEN,             )
                                )
14 |          Defendant.         )
                                )
15 |                             )
```

16  Pursuant to Rule 48(a) of the Federal Rules of Criminal

17 Procedure, plaintiff United States of America, by and through its

18 undersigned attorney, hereby moves this Honorable Court for an

19 Order Dismissing with Prejudice the Indictment filed on

20 September 7, 2006.

21 DATED: June 19, 2007            McGREGOR W. SCOTT
                                   United States Attorney
22
23                                 By:  /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
24                                      Assistant U.S. Attorney

|   |   |
|---|---|
| 1 | O R D E R |
| 2 | IT IS SO ORDERED: |
| 3 | DATED: June 21, 2007 |
| 4 | |
| 5 | WILLIAM B. SHUBB |
|   | UNITED STATES DISTRICT JUDGE |