Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Chi Thi NGUYEN |
| **Docket Number:** | 2:06CR00369-01 |
| **Offender Address:** | Elk Grove, California |
| **Judicial Officer:** | Honorable Dale A. Drozd<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/19/2007 |
| **Original Offense:** | 18 USC 641 - Theft of Government Property<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 12 months Probation; $25 Special Assessment |
| **Special Conditions:** | Warrantless search and seizure; Financial disclosure; Credit restrictions |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 06/19/2007 |
| **Assistant U.S. Attorney:** | Laura Friedman   **Telephone:** (916) 554-2700<br>(Certified Law Student) |
| **Defense Attorney:** | Caro Marks   **Telephone:** (916) 498-5700<br>(Assistant Federal Defender) |
| **Other Court Action:** | None |

RE:     **Chi Thi NGUYEN**
        **Docket Number:  2:06CR00369-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1) The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

2) As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

3) As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

4) The defendant shall comply with the conditions of home detention for a period of up to 60 days to commence when directed by the probation officer. During this time, the defendant will remain at her place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at her place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

   At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by her probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**RE:    Chi Thi NGUYEN**
**Docket Number:  2:06CR00369-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Justification:**  On August 13, 2007, Ms. Nguyen was arrested by the California Highway Patrol for Driving Under the Influence of Alcohol.  She submitted to Breathalyzer testing which showed her blood/alcohol content to be .10%.

On September 17, 2007, Ms. Nguyen pled guilty to Driving Under the Influence of Alcohol in Sacramento County Superior Court.  She was sentenced to 3 years Informal Probation, 2 days jail, and fined.

Aside from the violation of state law, Ms. Nguyen has been otherwise compliant with her conditions of Probation.  No formal court action is being recommended, as it appears the above recommended modifications of Probation adequately address sanction and treatment needs in this case.  Ms. Nguyen has signed a Waiver of Hearing to Modify Conditions of Probation form, which is on file.

Based on the above, it is respectfully recommended Probation conditions be modified as recommended.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**
Telephone:  (916) 683-3324

**DATED:**    March 24, 2008
Elk Grove, California
RWE/cj


**REVIEWED BY:**    /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**RE:    Chi Thi NGUYEN**
**Docket Number:  2:06CR00369-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

DATED: March 24, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/nguyen0369.ord

cc:   United States Probation
      United States Attorney's Office, Misdemeanor Unit
      Caro Marks, Assistant Federal Defender
      Defendant
      Court File